PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

| | |
|---|---|
| SHARON DAVIS, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CVS PHARMACY, INC., a Rhode Island Corporation, LONGS DRUG STORES CALIFORNIA, LLC, a California Limited Liability Company, Al Mohempour, an individual, and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | Case No. 3:19-cv-05847-JCS<br><br>**Hon. Joseph C. Spero**<br><br>[~~PROPOSED~~] **ORDER DISMISSING ALL CLAIMS WITH PREJUDICE**<br><br>**CASE SETTLED** |

**[~~PROPOSED~~] ORDER**

Based upon the joint stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice as to all of Plaintiff's claims. Each party will bear their own attorneys' fees and costs.

DATED: April 28, 2022

_____
Hon. Joseph C. Spero
United States ~~District Court Judge~~
Chief Magistrate Judge

Case No. 3-19-cv-05847-JCS - Joint Stipulation to Dismiss - Proposed Order.docx

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

-2-   Case No. 3:19-cv-05847-JCS
[PROPOSED] ORDER DISMISSING ALL CLAIMS WITH PREJUDICE